UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRECISION PLUMBING & CONTRACTING, INC., et al.,<br><br>　　　　Defendants. | Case No. 23-cv-00982-SK<br><br>**JUDGMENT** |

Following the Court's order granting the motion for summary judgment by Plaintiff Atain Specialty Insurance Company and denying the cross-motion for summary judgment by Defendants Tim and Tinna Beard, the Court hereby enters judgment in favor of Plaintiff and against all Defendants. In addition, the amount of $60,909.68 is entered in favor of Plaintiff and against Defendant Precision Plumbing & Contracting, Inc., with interest running on this amount from the date of the entry of judgment. (Dkt. No. 52.)

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 16, 2024

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge